**J. Dana Pinney**, OSB 753088
E-Mail: JDPinney@Wagelawyer.com
**Karen A. Moore**, OSB 040922
E-Mail: KMoore@Wagelawyer.com
**Chey K. Powelson**, OSB 035512
E-Mail: CPowelson@wagelawyer.com
**Bailey, Pinney & Associates, LLC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Phone: (360) 567-2551
Fax: (360) 567-3331

Attorneys For Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAURI BELL, ANGELA HAYES, MARY HENDERSON, AND JULIA ROSENSTEIN**, individually and on behalf of all other s similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**AFFILIATED COMPUTER SERVICES, INC.**, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No. 09-CV-1307-AA<br><br>NOTICE OF CONSENT TO BE A PARTY PLAINTIFF<br><br>29 U.S.C. § 216(b) |

I, **Julia Rosenstein**, am a named Plaintiff in this action, and pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b) hereby give my consent to be a party Plaintiff in this case.

Dated this __2__ day of April 2010.

_____
Julia Rosenstein

Page 1 -   NOTICE OF CONSENT TO BE A PARTY PLAINTIFF

Case 6:09-cv-01307-TC   Document 9   Filed 04/08/10   Page 2 of 2   Page ID#: 41

# CERTIFICATE OF SERVICE
*Lauri Bell et al. v. Affiliated Computer Services, Inc. et al.*
Case No. 09-CV-1307-AA

I hereby certify that I caused to be served the foregoing **NOTICE OF CONSENT TO BE A PARTY PLAINTIFF** upon:

Christopher McCracken
Davis Wright Tremaine LLP
1300 SW 5th Ave. Ste 2300
Portland, OR 97201
Attorney for Defendant

by the following indicated method(s):

[X]   by electronic mailing through the CM/ECF system, in accordance with Fed. R. Civ. P. 5(d), on April 8, 2010.

DATED: April 8, 2010.

/s/ J. Dana Pinney
J. DANA PINNEY, OSB 753088
JDPinney@Wagelawyer.com
Attorney for Plaintiff