**renJ. Dana Pinney**, OSB 753088
E-Mail: JDPinney@Wagelawyer.com
**A. E. Bud Bailey**, OSB 871577
E-Mail: BBailey@Wagelawyer.com
**Karen A. Moore,** OSB 040922
E-Mail: KMoore@Wagelawyer.com
**Bailey, Pinney & Associates, LLC**
2401 SE 161st Court, Suite C
Vancouver, WA 98683
Tele: (360) 567-2551
Fax: (360) 567-3331
            Attorneys For Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **LAURI BELL, ANGELA HAYES, MARY HENDERSON AND JULIA ROSENSTEIN**, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>**AFFILIATED COMPUTER SERVICES, INC.,** a Delaware corporation, **ACS COMMERCIAL SOLUTIONS, INC.**, a Nevada corporation, **LIVEBRIDGE, INC**., an Oregon corporation, and **DOEs 1 - 10**,<br><br>                    Defendants. | Case No.: 6:09-cv-1307-AA<br><br>PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT.<br><br>Fed. R. Civ. P. 23<br><br>Oral Argument Requested<br><br>Date:  July 13, 2012<br>Time:   10:00 am<br>Hon.   Thomas M. Coffin |

        Pursuant to Local Rule 7.1, Plaintiffs' counsel certifies that they have conferred with Defendants' counsel regarding this motion.  Defendants join in this motion.

///

///

Page 1 -        Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

# MOTION

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs, individually and on behalf of the proposed Settlement Class, move the Court to preliminarily approve the proposed settlement and direct notice of the settlement be mailed to Settlement Class Members. Plaintiffs also request that the attorneys from the law firm of Bailey, Pinney & Associates, LLC be appointed as Class Counsel. See declaration of J. Dana Pinney. Plaintiffs request that Kurtzman Carson Consultants be appointed as the Claims Administrator of this settlement. See declaration of J. Dana Pinney. Plaintiffs request that they be appointed as class representatives. Plaintiffs rely on the memorandum filed in support of this motion and the declaration of J. Dana Pinney. Plaintiffs also request that the Court set a final approval hearing or October 22, 2012 or reasonably thereafter.

Dated: July 12, 2012                **Bailey, Pinney and Associates, LLC**

                                                                                /s/ Karen A. Moore
KAREN A. MOORE, OSB 040922
KMoore@Wagelawyer.com
(360) 567-2551
Attorney for Plaintiffs

Page 2 -        Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

**BAILEY PINNEY & ASSOCIATES LLC**
Attorneys at Law
2401 SE 161st Court, Suite C • Vancouver, Washington 98683
(360) 567-2551 • Fax (360) 567-3331

# CERTIFICATE OF SERVICE
*Bell et al. v. Affiliated Computer Services, Inc., et al*
Case No. 06:09-cv-1307-AA

I hereby certify that I caused to be served the foregoing **MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** upon:

    Clarence M. Belnavis
    Fisher & Phillips, LLP
    111 SW Fifth Ave, Suite 1250
    Portland, OR 97204
    Fax: (503) 242-4263
    Attorney for Defendants

by the following indicated method(s):

[X]    by electronic mailing through the CM/ECF system, in accordance with Fed. R. Civ. P. 5(d), on July 12, 2012.

Dated: July 12, 2012          **Bailey, Pinney and Associates, LLC**

                                                  /s/ Karen A. Moore
                                      KAREN A. MOORE, OSB 040922
                                      KMoore@Wagelawyer.com
                                      (360) 567-2551
                                      Attorney for Plaintiffs

Page 3 -    Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.